IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mickens, Rosita R

Printed: 11/20/07

Case Number: 04 B 32682
Judge: Goldgar, A. Benjamin
Filed: 9/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 2, 2007
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,300.00 |  |
| Secured: |  | 5,756.94 |
| Unsecured: |  | 3,369.15 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 585.24 |
| Other Funds: |  | 1,888.67 |
| Totals: | 13,300.00 | 13,300.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 2. | Beneficial | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 320.20 | 320.20 |
| 4. | General Motors Acceptance Corp | Secured | 5,329.33 | 5,329.33 |
| 5. | Sterling Inc | Secured | 107.41 | 107.41 |
| 6. | General Motors Acceptance Corp | Unsecured | 336.92 | 3,369.15 |
| 7. | Cellular One | Unsecured |  | No Claim Filed |
| 8. | Credit Collection | Unsecured |  | No Claim Filed |
| 9. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 10. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 11. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 12. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
| 13. | Max Flow Corporation | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,793.86 | $ 10,826.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 134.97 |
| 4% | 42.66 |
| 3% | 31.52 |
| 5.5% | 173.25 |
| 5% | 52.83 |
| 4.8% | 100.80 |
| 5.4% | 49.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mickens, Rosita R | Case Number:  04 B 32682 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  11/20/07 | Filed:  9/2/04 |

_____
$ 585.24

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

  Marilyn O. Marshall, Trustee, by:

  */s/ Denise Ashley*
  _____